

24 Hillel Place
Brooklyn, NY 11210
718.233.1167
www.MpowerEnergy.com

November 21, 2024

**VIA ECF**
Hon. Analisa Torres
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
Courtroom 619

Re:   Manjarres et al v. Solar Mosaic, LLC et al, Case No. 1:24-cv-07714-AT
      Mpower's Letter Motion for Extension of Time to Respond to Complaint

Dear Judge Torres:

Pending this Court's ruling on my motion to appear Pro Hac Vice, I represent Mpower Energy LLC ("Mpower") in the above-referenced matter. With Plaintiffs' consent, Mpower respectfully requests a two-week extension of time, until December 6, 2024, to respond to the complaint. In support of this request, Mpower states as follows:

1. Mpower's current deadline to respond to the complaint is November 22, 2024.
2. This is Mpower's first request for an extension to respond to the complaint.
3. Mpower requests the two-week extension because Mpower needs additional time to review the underlying issues and appropriately respond to the complaint. Mpower also requests time to determine if early resolution is possible.
4. Plaintiffs, through their counsel, consents to the extension.
5. No other dates have been scheduled in this matter.

Thank you for considering this request.

Respectfully submitted,

*/s/ David G. Combs*
David G. Combs, Esq.
Department of Legal and Regulatory Affairs
Mpower Energy LLC
24 Hillel Place
Brooklyn, NY 11210
(347) 378-5628
Email: DavidC@mpowerenergy.com

CC:   All Counsel of Record (via ECF)