UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS MANJARRES AND GUILLERMINA MANJARRES,

        Plaintiffs,

-against-

SOLAR MOSAIC, LLC,

and

MPOWER ENERGY, LLC d/b/a MPOWER SOLAR, LLC,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/26/2024

24 Civ. 7714 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 26, 2024, Defendant Solar Mosaic, LLC ("Solar Mosaic") moved to compel arbitration and to stay this action pending completion of the same. ECF No. 27. In its answer dated December 6, 2024, Defendant Mpower Energy LLC also requested that the Court compel arbitration. ECF No. 39 at 16. By letter dated December 16, 2024, Plaintiffs indicated their non-opposition to Solar Mosaic's motion to compel arbitration. ECF No. 46; *see also* ECF No. 48.

    Accordingly, Solar Mosaic's motion to compel arbitration and to stay the case pending arbitration is GRANTED. *See Katz v. Cellco P'ship*, 794 F.3d 341, 347 (2d Cir. 2015). Within one week of the completion of arbitration, the parties shall submit a joint status update.

    The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 27 and 32.

    SO ORDERED.

Dated: December 26, 2024
       New York, New York

                                              ANALISA TORRES
                                        United States District Judge